

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2019

No. 04-19-00659-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Margarita **LOPEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

## C O R R E C T E D   O R D E R

The clerk's record was due to be filed with this court on August 26, 2019. *See* TEX. R. APP. P. 35.1. On October 28, 2019, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.



Luz Estrada,
Chief Deputy Clerk